IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CX REINSURANCE COMPANY LIMITED, f/k/a CNA REINSURANCE COMPANY LIMITED * * Plaintiff, * v. * MILDRED K. CAPLAN, et al * Defendants. * | Civil Action No.: 1:17-cv-00226-GLR |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties, being all parties who have appeared in this action, hereby stipulate as follows:

Plaintiff CX Reinsurance Company Limited and Defendants Mildred K. Caplan, and the Estate of Sidney C. Caplan, by and through their respective attorneys, stipulate to the dismissal of this action, without prejudice.

Dated: May 4, 2017

16359/0/02358193.DOCXv1

Respectfully submitted:

By: _____/s/_____
Stuart M. G. Seraina
Diona F. Howard-Nicolas
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21201
Phone: 410-752-6030
Fax: 410-539-1629
sseraina@kg-law.com
dhoward-nicolas@kg-law.com

*Attorneys for Plaintiff, CX Reinsurance Company, Ltd.*

By: _____/s/_____
Catherine A. Potthast
Nolan, Plumhoff & Williams, Chartered
502 Washington Avenue, Suite 700
Towson, Maryland 21204
Phone: 410-823-7800
Fax: 410-296-2765
capotthast@nolanplumhoff.com

*Attorney for Defendant, Mildred K. Caplan*